IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIELLE DIONA HARRIS,

        Plaintiff,

v.        No. CV 21-461 RB/CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER EXTENDING TIME TO FILE ADMINSTRATIVE RECORD AND ANSWER

**THIS MATTER** is before the Court on Defendant Commissioner Kilolo Kijakazi's *Unopposed First Motion of Defendant for Extension of Time to File Answer and Certified Administrative Record* (the "Motion"), (Doc. 14), filed August 20, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Commissioner shall have until **October 22, 2021**, to file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint.

                                        _____
                                        THE HONORABLE CARMEN E. GARZA
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.