IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIELLE DIONA HARRIS,

        Plaintiff,

v.                                                                                          No. CV 21-461 RB/CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court upon Plaintiff Gabrielle Diona Harris's *Unopposed Motion for an Extension of Time to File Plaintiff's Motion to Reverse or Remand*, (Doc. 21), filed December 21, 2021. In the Motion, Ms. Harris asks the Court to extend the existing briefing deadlines by thirty days "[d]ue to unforeseen circumstances." *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Ms. Harris shall file her Motion to Reverse or Remand by no later than **January 20, 2022**, the Commissioner shall file her Response by no later than **March 24, 2022**, and Ms. Harris shall file her Reply by no later than **April 7, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.