**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GABRIELLE DIONA HARRIS,

        Plaintiff,

v.                                                      No. CV 21-461 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

    **THIS MATTER** is before the Court upon the Unopposed Motion for Extension of Time (the "Motion"), (Doc. 30), filed by Defendant Acting Commissioner of the Social Security Administration on May 19, 2022. In the Motion, the Commissioner asks the Court to extend the existing briefing deadlines by thirty days due to the Commissioner's current caseload. *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that the Commissioner shall file her Response by no later than **June 22, 2022**, and Ms. Harris shall file her Reply by no later than **July 6, 2022**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.